FILED
OCT 30 2017
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISAAC DAVID RIOS (3),<br><br>Defendant. | Case No.: 17CR3339-MMA-3<br><br>**ORDER AND JUDGMENT DISMISSING INFORMATION WITHOUT PREJUDICE** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the INFORMATION in the above-entitled case be dismissed without prejudice as to Defendant ISAAC DAVID RIOS (3) only.

**IT IS SO ORDERED AND ADJUDGED.**

DATE: 10/30/17

_____
for HON. MICHAEL M. ANELLO
United States District Judge